UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

YUMARCUS H. ANDERSON,

        Plaintiff,

       v.                                                   Case No. 23-C-1287

AMERICAN FOODS GROUP LLC and
GREEN BAY DRESSED BEEF LLC,

        Defendants.

---

## ORDER DENYING REQUESTS IN AFFIDAVIT

---

      On September 27, 2023, Plaintiff Yumarcus Anderson filed a complaint against Defendants American Foods Group LLC and Green Bay Dressed Beef LLC. On September 29, 2023, the court screened the complaint and dismissed it for failing to comply with Rule 8 of the Federal Rules of Civil Procedure but gave Plaintiff leave to file an amended complaint curing the defects in the original. Plaintiff filed an amended complaint against Defendants on October 27, 2023, alleging that Defendants discriminated and retaliated against him based on his race and gender. After Defendants filed a Motion to Dismiss, Plaintiff filed a second amended complaint on January 12, 2024, that the court deemed as mooting Defendants' motion. Dkt. Nos. 17, 19. The court then held a Rule 16 scheduling conference and set deadlines, with discovery to close by October 1, 2024 and dispositive motions to be filed no later than November 1, 2024. Dkt. No. 29.

      On September 18, 2024, Plaintiff filed an affidavit and 359 pages of exhibits. The affidavit "requests the courts to thoroughly examine all documents related to the case," presumably the documents Plaintiff attached to the affidavit. This the court will not do. It is not the court's role to look through hundreds of pages of documents to see if a litigant has a case. If Plaintiff wishes,

he may file a motion for summary judgment in compliance with Federal Rule of Civil Procedure 56 and Civil Local Rule 56. Otherwise, the court will not act. Accordingly, Plaintiff's requests contained in the affidavit (Dkt. No. 33) are **DENIED**.

Dated at Green Bay, Wisconsin this 30th day of September, 2024.

s/ William C. Griesbach
William C. Griesbach
United States District Judge